IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )      2:17cr15-MHT
                            )          (WO)
QUANDEL LAMAR WILLIAMS      )
```

ORDER

Based on the representations made on the record today, it is ORDERED that the amended petition for revocation of supervised release (Doc. 129) is set for an evidentiary hearing on April 13, 2022, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 21st day of March, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE