IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )   CRIMINAL ACTION NO.
    v.                     )       2:17cr15-MHT
                           )           (WO)
QUANDEL LAMAR WILLIAMS     )
```

## ORDER

It is ORDERED that:

(1) Defendant Quandel Lamar Williams's motion to continue (Doc. 138) is granted.

(2) The hearing on the revocation petition (Doc. 129), previously set for April 13, 2022, is reset for April 26, 2022, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 29th day of March, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE