IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr15-MHT |
| | ) | (WO) |
| QUANDEL LAMAR WILLIAMS | ) | |

ORDER

Based on the evidence presented and the findings of the court on April 21, 2022, it is ORDERED as follows:

(1) Defendant Quandel Lamar Williams is adjudged guilty of counts 1, 2, and 3 of the amended revocation petition (Doc. 129).

(2) Sentencing is continued generally.

(3) Pending sentencing, defendant Williams is to be released to the custody of the Federal Defender so that he may enter either The Haven facility, in Dothan, Alabama, or Aletheia House, in Birmingham, Alabama. Defendant Williams is to be released as soon as a bed becomes available in either of those facilities, but no sooner, and is to complete the program at that facility.

(4) After completing the program at either The Haven or Aletheia House, defendant Williams is to be placed in a dual-diagnosis long-term facility, and is to complete

the program at that facility.  Defense counsel is to notify the court when defendant Williams is placed in a dual-diagnosis long-term facility.

(5) A status conference with government counsel, defense counsel, and the supervising probation officer is set for June 10, 2022, at 8:30 a.m., to discuss how defendant Williams is progressing and when sentencing should resume.  The courtroom deputy is to arrange for the conference to be by telephone.

DONE, this the 27th day of April, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**