IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:17cr15-MHT
                            )            (WO)
QUANDEL LAMAR WILLIAMS      )
```

## ORDER

Based on the representations made on the record today, it is ORDERED that another status conference with government counsel, defense counsel, and the supervising probation officer is set for July 1, 2022, at 8:30 a.m., to discuss how defendant Quandel Lamar Williams is progressing and whether sentencing on the amended revocation petition (Doc. 129) should resume or whether Williams's supervised release should be terminated. The courtroom deputy is to arrange for the conference to be by telephone.

DONE, this the 17th day of June, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**