IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:17cr15-MHT
                            )           (WO)
QUANDEL LAMAR WILLIAMS      )
```

## ORDER

By agreement of the parties made on the record on July 1, 2022, it is ORDERED that:

(1) The amended revocation petition (Doc. 118 and Doc. 129) is dismissed.

(2) As of July 4, 2022, defendant Quandel Lamar Williams's supervised release is terminated, and defendant Williams is discharged.

DONE, this the 1st day of July, 2022.

                /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE